UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

```
-------------------------------------------------------x
JOSHUA SCURRIA,                            :    CIVIL ACTION NO. 4:22-cv-04385
                                           :
            Plaintiff,                     :
                                           :    JUDGE ALFRED H. BENNETT
vs.                                        :
                                           :
HOUSTON ASTROS, LLC; HARRIS                :
COUNTY-HOUSTON SPORTS                      :
AUTHORITY; and J. KENT FRIEDMAN,           :
in his official capacity as Chairman of the:
Board of Directors of the HARRIS           :
COUNTY-HOUSTON SPORTS                      :
AUTHORITY,                                 :
                                           :
            Defendants.                    :
-------------------------------------------------------x
```

**IT IS HEREBY STIPULATED AND AGREED**, pursuant to Fed. R. Civ. P. 41(a), by and between the undersigned attorneys of record, that the above-captioned proceeding be, and hereby is, dismissed in its entirety, with prejudice, against all Defendants without fees or costs to any party against any other, and that no party hereto is an infant or incompetent.

Respectfully Submitted, this 31st day of October, 2023.


Respectfully submitted,

| /s/ ANDREW D. BIZER | /s/ Elizabeth P. Redpath |
|---|---|
| **BIZER & DeREUS, LLC** | MCGUIRE WOODS LLP, |
| GARRET S. DeREUS (LA # 35105) | Elizabeth P. Redpath (VA # 93034) |
| ANDREW D. BIZER (LA # 30396) | Meghaan C. Madriz (TX # 24070241) |
| 3319 St. Claude Ave. | eredpath@mcguirewoods.com |
| New Orleans, LA 70117 | Gateway Plaza |
| T: 504-619-9999; F: 504-948-9996 | 800 East Canal Street |
| Email: andrew@bizerlaw.com | Richmond, Virginia 23219 |
| *Attorney for Plaintiff* | (804)-775-1184 |
| | *Attorneys for Defendants* |

\*\*\*AND\*\*\*

Martin J. Cirkiel
Attorney State Bar No.: 00783829
Federal ID No. 21488
CIRKIEL LAW GROUP, P.C.
f/k/a Cirkiel & Associates, P.C.
1901 E. Palm Valley Blvd.
Round Rock, Texas 78664
(512) 244-6658 [Telephone]
(512) 244-6744 [Direct Line]
(512) 244-6014 [Facsimile]
marty@cirkielaw.com
www.cirkielaw.com

SO ORDERED:

_____
J U D G E