United States District Court
Southern District of Texas
**ENTERED**
November 01, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOSHUA SCURRIA, | § |
| | § |
| Plaintiff, | § |
| | § |
| VS. | § CIVIL ACTION NO. 4:22-CV-04385 |
| | § |
| HOUSTON ASTROS, LLC, *et al.*, | § |
| | § |
| Defendants. | § |

## ORDER

In accordance with the Stipulation of Dismissal filed on October 31, 2023 (Doc. #30), this case is hereby DISMISSED with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

It is so ORDERED.

NOV 0 1 2023
_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge